NOV 0 1 2007
CHAMBERS OF
WILLIAM H. PAULEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ROLAND OYEJOLA, Individually, and
on Behalf of All Other Persons Similarly Situated

                     Plaintiffs,

  -against-

DEUTSCHE BANK SECURITIES INC.,
DEUTSCHE BANK AMERICAS HOLDING CORP.,
JOHN FARRELL, RAYMOND MICHAELS
ASSOCIATES, MICHAEL GARDNER and JOHN DOES
#1-10, Jointly and Severally

                     Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/2007

07 CIV 8368 (WHP)

### STIPULATION AND ORDER FOR EXTENSION OF TIME

It is hereby stipulated, by and between Plaintiffs and defendants Raymond Michaels Associates and Michael Gardner (together, "Raymond Michaels") that Raymond Michaels time to answer, move or otherwise respond to the Complaint in this action is extended until Monday, November 26, 2007. Raymond Michaels hereby agrees to waive its defenses based on personal jurisdiction and defective service of process. No prior extensions have been granted.

STIPULATED AND AGREED:

By: _____
   Brent E. Pelton (BP-1055)

PELTON SERPE LLP
111 Broadway, 9th Floor
New York, NY 10006
(212) 725-3600

Attorneys for Plaintiffs

Dated: October 26, 2007
       New York, New York

By: _____
   Andrew W. Singer (AS-4673)

TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP
900 Third Avenue
New York, New York 10022
(212) 508-6700

Attorneys for Defendants Raymond
Michaels Associates and Michael Gardner

Dated: October 26, 2007
       New York, New York

SO ORDERED:

_____
U.S.D.J.
William H. Pauley III
11/1/2007

I-NY/2238994.1