LAW OFFICES
**MORGAN, LEWIS & BOCKIUS LLP**
101 PARK AVENUE
NEW YORK, NEW YORK  10178
(212) 309-6000
ATTORNEYS FOR DEUTSCHE BANK SECURITIES INC. and
DEUTSCHE BANK AMERICAS HOLDING CORP.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROLAND OYEJOLA, Individually, and on behalf of All Other Persons Similarly Situated,<br><br>                    Plaintiffs,<br><br>              -against-<br><br><br>DEUTSCHE BANK SECURITIES INC., DEUTSCHE BANK AMERICAS HOLDING CORP., JOHN FARRELL, RAYMOND MICHAELS ASSOCIATES, MICHAEL GARDNER and JOHN DOES #1-10, Jointly and Severally<br><br>                    Defendants. | CASE NO.  07 Civ. 8368 (WHP)<br><br>**ELECTRONICALLY FILED** |

### DEUTSCHE BANK SECURITIES INC. AND
### DEUTSCHE BANK AMERICAS HOLDING CORP.'S
### NOTICE OF MOTION AND MOTION TO DISMISS

   PLEASE TAKE NOTICE that Defendants Deutsche Bank Securities Inc. and Deutsche Bank Americas Holding Corp. (together, "Deutsche Bank") pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and the Local Civil Rules of the Southern District of New York, and upon: (1) the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss; and (2) the Affidavit of John Farrell and the exhibit attached thereto, hereby move this Court, before the Honorable William H. Pauley III, in the United States District Court, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 11D, New York, NY, 10007, on a date and at a time to be designated by the Court, for an Order (a) dismissing the claims of Roland Oyejola under the Fair Labor Standards Act for lack of

subject matter jurisdiction; (b) declining to exercise supplemental jurisdiction over his state law claim and dismissing that claim; and (c) granting such other and further relief as the Court may deem just and proper.

Dated: November 26, 2007
      New York, New York

                                  MORGAN, LEWIS & BOCKIUS LLP
                                  By: /s/
                                      Kenneth J. Turnbull (KT-4458)
                                      Daniel C. Knauth (DK-6211)

                                  101 Park Avenue
                                  New York, New York 10178
                                  (212) 309-6000

                                  Attorneys for Deutsche Bank Securities Inc. and
                                  Deutsche Bank Americas Holding Corp.