# Exhibit A

Case 1:07-cv-08368-WHP   Document 8-2   Filed 11/26/2007   Page 1 of 14

Time Detail                                                                 Page 1 of 2

**Roland Oyejola** (ROyejola1234sup_051) - Contractor
Mitchell/Martin, Inc. dba Essential Staffing Assoc
◄ Period: 06/11/2007 - 06/17/2007 ►
Status by Day

**Department:** n/a (DEF)
**Org Group:** n/a (DEF)
**Approvers:** John Farrell
**Status:** Locked
**Notes:**

| Monday, 11 June 2007 | | | |
|---|---|---|---|
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 6/11/2007 Default Billing Shift | 11.00 | |
| 0839851220 | | **11.00** | Hrs-Day |
| Tuesday, 12 June 2007 | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 6/12/2007 Default Billing Shift | 11.50 | |
| 0839851220 | | **11.50** | Hrs-Day |
| Wednesday, 13 June 2007 | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 6/13/2007 Default Billing Shift | 11.00 | |
| 0839851220 | | **11.00** | Hrs-Day |
| Thursday, 14 June 2007 | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 6/14/2007 Default Billing Shift | 11.50 | |
| 0839851220 | | **11.50** | Hrs-Day |
| Friday, 15 June 2007 | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 6/15/2007 Default Billing Shift | 9.00 | |
| 0839851220 | | **9.00** | Hrs-Day |
| | | Hrs-Day: | 54.00 |
| | | Hrs-Evening: | 0.00 |
| | | Hrs-Night: | 0.00 |
| | | Holiday: | 0.00 |
| | | Total Hours: | 54.00 |

Time Detail                                                                 Page 1 of 2

**Roland Oyejola** (ROyejola1234sup_051) - Contractor
Mitchell/Martin, Inc. dba Essential Staffing Assoc
◄ Period: 06/18/2007 - 06/24/2007 ►
Status by Day

**Department:** n/a (DEF)
**Org Group:** n/a (DEF)
**Approvers:** John Farrell
**Status:** Locked
**Notes:**

| Monday, 18 June 2007 | | | |
|---|---|---|---|
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 6/18/2007 Default Billing Shift | 11.50 | |
| 0839851220 | | **11.50** | Hrs-Day |
| **Tuesday, 19 June 2007** | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 6/19/2007 Default Billing Shift | 8.00 | |
| 0839851220 | | **8.00** | Hrs-Day |
| **Wednesday, 20 June 2007** | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 6/20/2007 Default Billing Shift | 13.00 | |
| 0839851220 | | **13.00** | Hrs-Day |
| **Thursday, 21 June 2007** | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 6/21/2007 Default Billing Shift | 12.00 | |
| 0839851220 | | **12.00** | Hrs-Day |
| **Friday, 22 June 2007** | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 6/22/2007 Default Billing Shift | 14.00 | |
| 0839851220 | | **14.00** | Hrs-Day |
| | | Hrs-Day: | 58.50 |
| | | Hrs-Evening: | 0.00 |
| | | Hrs-Night: | 0.00 |
| | | Holiday: | 0.00 |
| | | Total Hours: | 58.50 |

Time Detail     Page 1 of 2

**Roland Oyejola** (ROyejola1234sup_051) - Contractor
Mitchell/Martin, Inc. dba Essential Staffing Assoc
◄ Period: 06/25/2007 - 07/01/2007 ►
**Status by Day**

**Department:** n/a (DEF)
**Org Group:** n/a (DEF)
**Approvers:** John Farrell
**Status:** Locked
**Notes:**

| Monday, 25 June 2007 | | | |
|---|---|---|---|
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 6/25/2007 Default Billing Shift | 11.50 | |
| 0839851220 | | **11.50** | Hrs-Day |
| **Tuesday, 26 June 2007** | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 6/26/2007 Default Billing Shift | 11.50 | |
| 0839851220 | | **11.50** | Hrs-Day |
| **Wednesday, 27 June 2007** | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 6/27/2007 Default Billing Shift | 13.00 | |
| 0839851220 | | **13.00** | Hrs-Day |
| **Thursday, 28 June 2007** | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 6/28/2007 Default Billing Shift | 11.00 | |
| 0839851220 | | **11.00** | Hrs-Day |
| **Friday, 29 June 2007** | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 6/29/2007 Default Billing Shift | 10.00 | |
| 0839851220 | | **10.00** | Hrs-Day |
| | | Hrs-Day: | 57.00 |
| | | Hrs-Evening: | 0.00 |
| | | Hrs-Night: | 0.00 |
| | | Holiday: | 0.00 |
| | | **Total Hours:** | **57.00** |

Time Detail                                                                 Page 1 of 1

**Roland Oyejola** (ROyejola1234sup_051) - Contractor
Mitchell/Martin, Inc. dba Essential Staffing Assoc
◄ Period: 07/02/2007 - 07/08/2007 ►
**Status by Day**

**Department:** n/a (DEF)
**Org Group:** n/a (DEF)
**Approvers:** John Farrell
**Status:** Locked
**Notes:**

| Monday, 2 July 2007 | | | |
|---|---|---|---|
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 7/2/2007 Default Billing Shift | 12.00 | |
| 0839851220 | | **12.00** | Hrs-Day |
| **Tuesday, 3 July 2007** | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 7/3/2007 Default Billing Shift | 10.00 | |
| 0839851220 | | **10.00** | Hrs-Day |
| **Thursday, 5 July 2007** | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 7/5/2007 Default Billing Shift | 12.00 | |
| 0839851220 | | **12.00** | Hrs-Day |
| **Friday, 6 July 2007** | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 7/6/2007 Default Billing Shift | 11.00 | |
| 0839851220 | | **11.00** | Hrs-Day |
| | | Hrs-Day: | 45.00 |
| | | Hrs-Evening: | 0.00 |
| | | Hrs-Night: | 0.00 |
| | | Holiday: | 0.00 |
| | | Total Hours: | 45.00 |

Roland Oyejola                                                      Manager Approval

Date                                                                Date

Time Detail                                                                                      Page 1 of 2

**Roland Oyejola** (ROyejola1234sup_051) - Contractor
Mitchell/Martin, Inc. dba Essential Staffing Assoc
◄ Period: 07/09/2007 - 07/15/2007 ►
**Status by Day**

**Department:** n/a (DEF)
**Org Group:** n/a (DEF)
**Approvers:** John Farrell
**Status:** Locked
**Notes:**

| | Monday, 9 July 2007 | | |
|---|---|---|---|
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 7/9/2007 Default Billing Shift | 11.50 | |
| 0839851220 | | **11.50** | Hrs-Day |
| | **Tuesday, 10 July 2007** | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 7/10/2007 Default Billing Shift | 13.00 | |
| 0839851220 | | **13.00** | Hrs-Day |
| | **Wednesday, 11 July 2007** | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 7/11/2007 Default Billing Shift | 13.50 | |
| 0839851220 | | **13.50** | Hrs-Day |
| | **Thursday, 12 July 2007** | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 7/12/2007 Default Billing Shift | 12.00 | |
| 0839851220 | | **12.00** | Hrs-Day |
| | **Friday, 13 July 2007** | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 7/13/2007 Default Billing Shift | 10.00 | |
| 0839851220 | | **10.00** | Hrs-Day |
| | | Hrs-Day: | 60.00 |
| | | Hrs-Evening: | 0.00 |
| | | Hrs-Night: | 0.00 |
| | | Holiday: | 0.00 |
| | | Total Hours: | 60.00 |

Time Detail

Page 1 of 2

**Roland Oyejola** (ROyejola1234sup_051) - Contractor
Mitchell/Martin, Inc. dba Essential Staffing Assoc
◄ Period: 07/16/2007 - 07/22/2007 ►
**Status by Day**

**Department:** n/a (DEF)
**Org Group:** n/a (DEF)
**Approvers:** John Farrell
**Status:** Locked
**Notes:**

| Monday, 16 July 2007 | | | |
|---|---|---|---|
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 7/16/2007 Default Billing Shift | 13.00 | |
| 0839851220 | | **13.00** | Hrs-Day |
| **Tuesday, 17 July 2007** | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 7/17/2007 Default Billing Shift | 13.50 | |
| 0839851220 | | **13.50** | Hrs-Day |
| **Wednesday, 18 July 2007** | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 7/18/2007 Default Billing Shift | 14.00 | |
| 0839851220 | | **14.00** | Hrs-Day |
| **Thursday, 19 July 2007** | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 7/19/2007 Default Billing Shift | 13.00 | |
| 0839851220 | | **13.00** | Hrs-Day |
| **Friday, 20 July 2007** | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 7/20/2007 Default Billing Shift | 10.00 | |
| 0839851220 | | **10.00** | Hrs-Day |

|  |  |
|---|---|
| Hrs-Day: | 63.50 |
| Hrs-Evening: | 0.00 |
| Hrs-Night: | 0.00 |
| Holiday: | 0.00 |
| **Total Hours:** | **63.50** |

Time Detail    Page 1 of 1

**Roland Oyejola** (ROyejola1234sup_051) - Contractor
Mitchell/Martin, Inc. dba Essential Staffing Assoc
◄ Period: 07/23/2007 - 07/29/2007 ►
**Status by Day**

**Department:** n/a (DEF)
**Org Group:** n/a (DEF)
**Approvers:** John Farrell
**Status:** Locked
**Notes:**

| Tuesday, 24 July 2007 | | | |
|---|---|---|---|
| Default | | | |
| - | | | |
| | | Operations-Sr. Ops Support Specialist II | |
| | 7/24/2007 Default Billing Shift | 12.50 | |
| 0839851220 | | **12.50** | Hrs-Day |
| **Wednesday, 25 July 2007** | | | |
| Default | | | |
| - | | | |
| | | Operations-Sr. Ops Support Specialist II | |
| | 7/25/2007 Default Billing Shift | 6.00 | |
| 0839851220 | | **6.00** | Hrs-Day |
| **Thursday, 26 July 2007** | | | |
| Default | | | |
| - | | | |
| | | Operations-Sr. Ops Support Specialist II | |
| | 7/26/2007 Default Billing Shift | 13.00 | |
| 0839851220 | | **13.00** | Hrs-Day |
| **Friday, 27 July 2007** | | | |
| Default | | | |
| - | | | |
| | | Operations-Sr. Ops Support Specialist II | |
| | 7/27/2007 Default Billing Shift | 14.00 | |
| 0839851220 | | **14.00** | Hrs-Day |
| | | Hrs-Day: | 45.50 |
| | | Hrs-Evening: | 0.00 |
| | | Hrs-Night: | 0.00 |
| | | Holiday: | 0.00 |
| | | Total Hours: | 45.50 |

Roland Oyejola

Date

Manager Approval

Date

Time Detail                                                                                         Page 1 of 2

**Roland Oyejola** (ROyejola1234sup_051) - Contractor
Mitchell/Martin, Inc. dba Essential Staffing Assoc
◄ Period: 07/30/2007 - 08/05/2007 ►
**Status by Day**

**Department:** n/a (DEF)
**Org Group:** n/a (DEF)
**Approvers:** John Farrell
**Status:** Locked
**Notes:**

| Monday, 30 July 2007 | | |
|---|---|---|
| Default | | |
| - | Operations-Sr. Ops Support Specialist II | |
| | 7/30/2007 Default Billing Shift | 14.00 |
| 0839851220 | | **14.00** Hrs-Day |
| **Tuesday, 31 July 2007** | | |
| Default | | |
| - | Operations-Sr. Ops Support Specialist II | |
| | 7/31/2007 Default Billing Shift | 12.00 |
| 0839851220 | | **12.00** Hrs-Day |
| **Wednesday, 1 August 2007** | | |
| Default | | |
| - | Operations-Sr. Ops Support Specialist II | |
| | 8/1/2007 Default Billing Shift | 14.00 |
| 0839851220 | | **14.00** Hrs-Day |
| **Thursday, 2 August 2007** | | |
| Default | | |
| - | Operations-Sr. Ops Support Specialist II | |
| | 8/2/2007 Default Billing Shift | 12.00 |
| 0839851220 | | **12.00** Hrs-Day |
| **Friday, 3 August 2007** | | |
| Default | | |
| - | Operations-Sr. Ops Support Specialist II | |
| | 8/3/2007 Default Billing Shift | 12.00 |
| 0839851220 | | **12.00** Hrs-Day |
| | Hrs-Day: | 64.00 |
| | Hrs-Evening: | 0.00 |
| | Hrs-Night: | 0.00 |
| | Holiday: | 0.00 |
| | **Total Hours:** | **64.00** |

Time Detail                                                                                          Page 1 of 2

**Roland Oyejola** (ROyejola1234sup_051) - Contractor
Mitchell/Martin, Inc. dba Essential Staffing Assoc
◄ Period: 08/06/2007 - 08/12/2007 ►
**Status by Day**

**Department:** n/a (DEF)
**Org Group:** n/a (DEF)
**Approvers:** John Farrell
**Status:** Locked
**Notes:**

| Monday, 6 August 2007 | | | |
|---|---|---|---|
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 8/6/2007 Default Billing Shift | 14.00 | |
| 0839851220 | | **14.00** | Hrs-Day |
| **Tuesday, 7 August 2007** | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 8/7/2007 Default Billing Shift | 14.00 | |
| 0839851220 | | **14.00** | Hrs-Day |
| **Wednesday, 8 August 2007** | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 8/8/2007 Default Billing Shift | 12.00 | |
| 0839851220 | | **12.00** | Hrs-Day |
| **Thursday, 9 August 2007** | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 8/9/2007 Default Billing Shift | 12.00 | |
| 0839851220 | | **12.00** | Hrs-Day |
| **Friday, 10 August 2007** | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 8/10/2007 Default Billing Shift | 12.00 | |
| 0839851220 | | **12.00** | Hrs-Day |
| | | Hrs-Day: | **64.00** |
| | | Hrs-Evening: | **0.00** |
| | | Hrs-Night: | **0.00** |
| | | Holiday: | **0.00** |
| | | **Total Hours:** | **64.00** |

Time Detail                                                                                          Page 1 of 2

**Roland Oyejola** (ROyejola1234sup_051) - Contractor
Mitchell/Martin, Inc. dba Essential Staffing Assoc
◀ Period: 08/13/2007 - 08/19/2007 ▶
**Status by Day**

**Department:** n/a (DEF)
**Org Group:** n/a (DEF)
**Approvers:** John Farrell
**Status:** Locked
**Notes:**

| Monday, 13 August 2007 | | | |
|---|---|---|---|
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 8/13/2007 Default Billing Shift | 14.00 | |
| 0839851220 | | **14.00** | Hrs-Day |
| **Tuesday, 14 August 2007** | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 8/14/2007 Default Billing Shift | 8.00 | |
| 0839851220 | | **8.00** | Hrs-Day |
| **Wednesday, 15 August 2007** | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 8/15/2007 Default Billing Shift | 12.00 | |
| 0839851220 | | **12.00** | Hrs-Day |
| **Thursday, 16 August 2007** | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 8/16/2007 Default Billing Shift | 14.00 | |
| 0839851220 | | **14.00** | Hrs-Day |
| **Friday, 17 August 2007** | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 8/17/2007 Default Billing Shift | 14.00 | |
| 0839851220 | | **14.00** | Hrs-Day |
| | | Hrs-Day: | 62.00 |
| | | Hrs-Evening: | 0.00 |
| | | Hrs-Night: | 0.00 |
| | | Holiday: | 0.00 |
| | | Total Hours: | 62.00 |

Time Detail                                                                                      Page 1 of 2

**Roland Oyejola (ROyejola1234sup_051) - Contractor**
Mitchell/Martin, Inc. dba Essential Staffing Assoc
◄ Period: 08/20/2007 - 08/26/2007 ►
**Status by Day**

**Department:** n/a (DEF)
**Org Group:** n/a (DEF)
**Approvers:** John Farrell
**Status:** Locked
**Notes:**

| Monday, 20 August 2007 | | | |
|---|---|---|---|
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 8/20/2007 Default Billing Shift | 14.00 | |
| 0839851220 | | **14.00** | Hrs-Day |
| **Tuesday, 21 August 2007** | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 8/21/2007 Default Billing Shift | 14.00 | |
| 0839851220 | | **14.00** | Hrs-Day |
| **Wednesday, 22 August 2007** | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 8/22/2007 Default Billing Shift | 13.00 | |
| 0839851220 | | **13.00** | Hrs-Day |
| **Thursday, 23 August 2007** | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 8/23/2007 Default Billing Shift | 8.00 | |
| 0839851220 | | **8.00** | Hrs-Day |
| **Friday, 24 August 2007** | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 8/24/2007 Default Billing Shift | 10.00 | |
| 0839851220 | | **10.00** | Hrs-Day |
| | | Hrs-Day: | **59.00** |
| | | Hrs-Evening: | 0.00 |
| | | Hrs-Night: | 0.00 |
| | | Holiday: | 0.00 |
| | | **Total Hours:** | **59.00** |

Time Detail                                                                                         Page 1 of 2

**Roland Oyejola** (ROyejola1234sup_051) - Contractor
Mitchell/Martin, Inc. dba Essential Staffing Assoc
◄ Period: 08/27/2007 - 09/02/2007 ►
**Status by Day**

**Department:** n/a (DEF)
**Org Group:** n/a (DEF)
**Approvers:** John Farrell
**Status:** Rejected
**Notes:**

| Monday, 27 August 2007 | | | |
|---|---|---|---|
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 8/27/2007 Default Billing Shift | 12.00 | |
| 0839851220 | | **12.00** | Hrs-Day |
| **Tuesday, 28 August 2007** | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 8/28/2007 Default Billing Shift | 12.00 | |
| 0839851220 | | **12.00** | Hrs-Day |
| **Wednesday, 29 August 2007** | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 8/29/2007 Default Billing Shift | 12.00 | |
| 0839851220 | | **12.00** | Hrs-Day |
| **Thursday, 30 August 2007** | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 8/30/2007 Default Billing Shift | 12.00 | |
| 0839851220 | | **12.00** | Hrs-Day |
| **Friday, 31 August 2007** | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 8/31/2007 Default Billing Shift | 12.00 | |
| 0839851220 | | **12.00** | Hrs-Day |
| | | Hrs-Day: | 60.00 |
| | | Hrs-Evening: | 0.00 |
| | | Hrs-Night: | 0.00 |
| | | Holiday: | 0.00 |
| | | **Total Hours:** | **60.00** |

Time Detail                                                                                     Page 1 of 1

**Roland Oyejola** (ROyejola1234sup_051) - Contractor
Mitchell/Martin, Inc. dba Essential Staffing Assoc
◄ Period: 09/03/2007 - 09/09/2007 ►
**Status by Day**

**Department:** n/a (DEF)
**Org Group:** n/a (DEF)
**Approvers:** John Farrell
**Status:** Locked
**Notes:**

| Monday, 3 September 2007 | | | |
|---|---|---|---|
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| 0839851220 | | 0.00 | Hrs-Day |
| **Tuesday, 4 September 2007** | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| 0839851220 | | 0.00 | Hrs-Day |
| **Wednesday, 5 September 2007** | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| 0839851220 | | 0.00 | Hrs-Day |
| **Thursday, 6 September 2007** | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| | 9/6/2007 Default Billing Shift | 4.00 | |
| 0839851220 | | 4.00 | Hrs-Day |
| **Friday, 7 September 2007** | | | |
| Default | | | |
| - | | Operations-Sr. Ops Support Specialist II | |
| 0839851220 | | 0.00 | Hrs-Day |
| | | Hrs-Day: | 4.00 |
| | | Hrs-Evening: | 0.00 |
| | | Hrs-Night: | 0.00 |
| | | Holiday: | 0.00 |
| | | **Total Hours:** | 4.00 |

Roland Oyejola                                                                Manager Approval

Date                                                                                            Date