# AFFIRMATION OF SERVICE

I hereby affirm that I caused to be served a true and correct copy of Deutsche Bank Securities Inc. and Deutsche Bank Americas Holding Corp.'s Notice of Motion and Motion to Dismiss; Memorandum of Law in Support of Deutsche Bank Securities Inc. and Deutsche Bank Americas Holding Corp.'s Motion to Dismiss, and the Affidavit of John Farrell and exhibit attached thereto, via electronic filing and overnight mail, this 26th day of November, 2007 on:

> Brent E. Pelton, Esq.
> PELTON SERPE LLP
> 111 Broadway, 9th Floor
> New York, NY 10006
> *Counsel for Plaintiffs*
>
> William C. Rand, Esq.
> LAW OFFICE OF WILLIAM COUDERT RAND
> 711 Third Ave., Suite 1505
> New York, NY 10017
> *Co-counsel for Plaintiffs*

_____
Daniel C. Knauth

1-NY/2249765.1