MORGAN, LEWIS & BOCKIUS LLP
101 PARK AVENUE
NEW YORK, NEW YORK 10178
(212) 309-6000
ATTORNEYS FOR DEFENDANTS DEUTSCHE BANK SECURITIES INC.
AND DEUTSCHE BANK AMERICAS HOLDING CORP.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROLAND OYEJOLA, Individually, and on behalf of All Other Persons Similarly Situated,

    Plaintiffs,

-against-

DEUTSCHE BANK SECURITIES INC., DEUTSCHE BANK AMERICAS HOLDING CORP., JOHN FARRELL, RAYMOND MICHAELS ASSOCIATES, MICHAEL GARDNER and JOHN DOES #1-10, Jointly and Severally

    Defendants

Case No. 07 Civ. 8368 (WHP)

*ELECTRONICALLY FILED*

---

### AFFIDAVIT OF JOHN FARRELL IN SUPPORT OF DEFENDANTS DEUTSCHE BANK SECURITIES INC. AND DEUTSCHE BANK AMERICAS HOLDING CORP.'S MOTION TO DISMISS THE COMPLAINT

STATE OF NEW YORK    )
    ) ss.:
COUNTY OF NEW YORK    )

John Farrell, being duly sworn, deposes and says:

1.    I am employed by Deutsche Bank AG, New York Branch, as a Vice President, and am Head of Fixed Income Prime Brokerage Middle Office, a position I have held since February 2007.

1-NY/2249760.1

2.  Roland Oyejola was retained by Deutsche Bank's Fixed Income Prime Brokerage group through Raymond Michaels Associates from on or about June 11, 2007 through September 6, 2007 (the "retention period").

3.  During the retention period, Mr. Oyejola was responsible for entering his hours worked into a computerized time management system.

4.  Attached hereto as Exhibit A are true and correct copies of the time reports for Mr. Oyejola's services during the retention period. These records are kept in the regular course of business.

5.  According to his time reports, Mr. Oyejola worked a cumulative total of 212.5 hours over 40 hours per week during the retention period.

Dated: New York, New York
       November 26, 2007

_____
John Farrell

Sworn to before me this
26th day of November, 2007

_____
Notary Public

**STEVEN WANDER**
**Notary Public - State of New York**
**No. 01WA6095867**
**Qualified in Kings County**
**My Commission Expires 07/21/2011**

2