UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ROLAND OYEJOLA, Individually, and
on Behalf of All Other Persons Similarly Situated

                      Plaintiffs,

      - against -

DEUTSCHE BANK SECURITIES INC.,
DEUTSCHE BANK AMERICAS HOLDING CORP.,
JOHN FARRELL, RAYMOND MICHAELS
ASSOCIATES, MICHAEL GARDNER and JOHN
DOES #1-10, Jointly and Severally

---------------------------------------------------------------X

07 CIV 8368 (WHP)

### STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs and Defendants Raymond Michaels Associates and Michael Gardner (together, "Raymond Michaels"), that the time for Raymond Michaels to answer, move or otherwise respond to the Complaint in this action be and is hereby extended through and including Monday, December 3, 2007 provided said Defendant agrees to toll the Statute of Limitations for the claims asserted in this action during the period of adjournment.

Dated: November 21, 2007
       New York, New York

PELTON SERPE LLP

By: _____
    Brent E. Pelton (BP-1055)
Attorneys for Plaintiffs
111 Broadway, 9th Floor
New York, New York 10006
(212) 725-3600

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP

By: _____
    Andrew W. Singer (AS-4073)
Attorney for Defendants Raymond
Michaels Associates and Michael Gardner
900 Third Avenue
New York, New York 10022
(212) 508-6700

SO ORDERED:

[819875-1]

_____
U.S.D.J.
William H. Pauley III
11/30/2007