UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                        :
ROLAND OYEJOLA, *Individually*
and on behalf of all                    :
others similarly situated,
                                        :
            Plaintiff,                     07 Civ. 8368 (WHP)
                                        :
     -against-                             ORDER
                                        :
DEUTSCHE BANK
SECURITIES INC. et al.,                 :

            Defendants.                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

It having been reported to this Court that this action has been or will be settled, it is ordered that this action is discontinued without costs to any party, and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days of the date of this Order. The Clerk of Court is directed to mark this case closed.

Dated: January 9, 2008
       New York, New York

                              SO ORDERED:

                              _____
                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of record:*

Brent Edward Pelton, Esq.
Pelton Serpe, LLP
111 Broadway
9th Floor
New York, NY 10000
*Counsel for Plaintiff*

William Coudert Rand, Esq.
Law Office of William Coudert Rand
711 Third Avenue
Suite 1505
New York, NY 10017
*Counsel for Plaintiff*

Kenneth Joseph Turnbull, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
37th Floor
New York, NY 10178
*Counsel for Defendant Deutsche Bank Americas Holding Corp.*